# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF HAWAII

## Notice of
## Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 12/18/09.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your Rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations

| Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address): | |
|---|---|
| Lee Anne Gianola<br>60 Kepola Place<br>Lahaina, HI 96761 | Michael Ewell Young<br>60 Kepola Place<br>Lahaina, HI 96761 |
| Case Number:<br>09−02987 | Social Security/Taxpayer ID/Employer ID/Other Nos.:<br>xxx−xx−9854<br>xxx−xx−9716 |
| Attorney for Debtor(s) (name and address):<br>Michael Collins<br>Cain & Herren LLP<br>2141 W. Vineyard Street<br>Wailuku, HI 96793<br>Telephone number: 808−242−9350 | Bankruptcy Trustee (name and address):<br>Dane S. Field<br>P.O. Box 4198<br>Honolulu, HI 96812<br>Telephone number: 808.232.8788 |

## Meeting of Creditors

Date: **February 9, 2010**     Time: **11:30 AM**
Location: **J. Walter Cameron Center, 95 Mahalani Street, Wailuku, HI**

## Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*

The presumption of abuse does not arise.

## Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts: 4/12/10**

## Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

## Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

## Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

## Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| **Address of the Bankruptcy Clerk's Office:**<br>1132 Bishop Street<br>Suite 250<br>Honolulu, HI 96813<br>Telephone number: (808) 522−8100 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Michael B. Dowling |
|---|---|
| Hours Open: Monday – Friday 8:30 AM – 4:00 PM | Date: 12/21/09 |

## EXPLANATIONS    B9A (Official Form 9A) (12/09)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that Deadline.<br><br>A statement asserting that the debtor is ineligible to receive a discharge because 11 U.S.C. § 522(q)(1) may be applicable must be filed not later than the deadline to file a complaint objecting to discharge. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |
| Trustee's Sale of Property Under $2,500 | Unless an objection is filed within 21 days after the date of this notice, the trustee may sell property of the estate without further notice or hearing if the property's aggregate gross value is less than $2,500. |

Refer to Other Side for Important Deadlines and Notices

# CERTIFICATE OF NOTICE

```
District/off: 0975-1          User: joni                Page 1 of 1              Date Rcvd: Dec 21, 2009
Case: 09-02987                Form ID: b9a              Total Noticed: 31

The following entities were noticed by first class mail on Dec 23, 2009.
db/jdb         +Lee Anne Gianola,   Michael Ewell Young,   60 Kepola Place,   Lahaina, HI 96761-9261
aty            +Michael Collins,   Cain & Herren LLP,   2141 W. Vineyard Street,   Wailuku, HI 96793-1619
tr             +Dane S. Field,   P.O. Box 4198,   Honolulu, HI 96812-4198
982466        ++ADVANTA,   WELSH AND MCKEAN RD,   P O BOX 844,   SPRING HOUSE PA 19477-0844
                (address filed with court: Advanta Bank Corp,   P.O. Box 8088,   Philadelphia, PA 19101-8088)
982468         +BAC HOME LNS LP/CTRYWDE,   450 American Street #SV416,   Simi Valley, CA 93065-6285
982469          Bank of America,   P.O. Box 15726,   Wilmington, DE 19886-5726
982472         +Central Maui Animal Clinic,   45 Ho'okele Street,   Kahului, HI 96732-3513
982474         +Citimortgage Inc.,   P.O. Box 9438,   Gaithersburg, MD 20898-9438
982476         +First Hawaiian Bank,   P.O. Box 3200,   Honolulu, HI 96847-0001
982478         +GE Capital/Pay Pal,   P.O. Box 981400,   El Paso, TX 79998-1400
982481         +Hawaii Employer's Mutual Insurance,   P.O. Box 3376,   Honolulu, HI 96801-3376
982482          Kila Kila Employment Services,   P.O. Box 880618,   Pukalani, HI 96788-0618
982483         +Lowes Business Account,   P.O. Box 530970,   Atlanta, GA 30353-0970
982484         +North Shore Orthopaedic,   1827 Wells Street,   Wailuku, HI 96793-2370
982485          Orthopedic Associates of Hawaii,   P.O. Box 1300,   Honolulu, HI 96807-1300
982486         +Piper Gianola,   436 Russel Street,   Winters, CA 95694-1821
982487         +Preffered Credit,   P.O. Box 1970,   Saint Cloud, MN 56302-1970
982488          Queens Medical Center,   P.O. Box 3287,   Honolulu, HI 96801-3287
982489         +Radio Airwaves Media Professions,   3935 N. Pulaski Street,   Chicago, IL 60641-2932
982490          Sears Card,   P.O. Box 6563,   The Lakes, NV 88901-6563
982491         +Sherwin Williams,   910 Honoapiilani Highway,   Suite R8,   Lahaina, HI 96761-1507
982492         +State of Hawaii Dept. Of Taxation,   P. O. Box 259,   Honolulu, HI 96809-0259
982493          Webb Marketing Magic,   One Shopping Cart. Com,   128 Wellington St., West., Ste. 304,
                 Barrie, Ontario, Canada L4N8J6

The following entities were noticed by electronic transmission on Dec 21, 2009.
tr             +EDI: QDSFIELD.COM Dec 21 2009 20:48:00     Dane S. Field,   P.O. Box 4198,
                 Honolulu, HI 96812-4198
982467          EDI: AMEREXPR.COM Dec 21 2009 20:48:00     American Express,   P. O. Box 0001,
                 Los Angeles, CA 90096-0001
982469          EDI: BANKAMER2.COM Dec 21 2009 20:48:00    Bank of America,   P.O. Box 15726,
                 Wilmington, DE 19886-5726
982470         +EDI: TSYS2.COM Dec 21 2009 20:48:00        Barclays Bank of Delaware,   125 S. West Street,
                 Wilmington, DE 19801-5014
982471          EDI: CAPITALONE.COM Dec 21 2009 20:48:00   Capital One Bank,   P.O. Box 60024,
                 City Of Industry, CA 91716-0024
982473         +EDI: CHASE.COM Dec 21 2009 20:48:00        Chase,   800 Brooksedge Blvd,
                 Westerville, OH 43081-2822
982475          EDI: DISCOVER.COM Dec 21 2009 20:48:00     Discover,   P. O. Box 30395,
                 Salt Lake City, UT 84130-0395
982477         +EDI: FORD.COM Dec 21 2009 20:48:00         Ford Motor,   P.O. Box 7172,   Pasadena, CA 91109-7172
982479         +EDI: RMSC.COM Dec 21 2009 20:48:00         GEMB/Banana Republic,   P. O. Box 981400,
                 El Paso, TX 79998-1400
982480         +EDI: RMSC.COM Dec 21 2009 20:48:00         GEMBPPBYCR,   P.O. Box 981064,   El Paso, TX 79998-1064
982490          EDI: SEARS.COM Dec 21 2009 20:48:00        Sears Card,   P.O. Box 6563,   The Lakes, NV 88901-6563
                                                                                                    TOTAL: 11

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 23, 2009**                               **Signature:** _Joseph Speetjens_